No. 5,259.—STATE EX REL. LARRY DUGGAN, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control directed to the District Court of the Second Judicial District in and for Silver Bow County, and one of its Judges.

Decided January 17, 1923.

PER CURIAM.—Relator's application for writ of supervisory control herein is denied.

*Mr. James T. Fitzpatrick,* for Relator.

---

No. 5,019.—CLARENCE MILES, PLAINTIFF AND RESPONDENT, *v.* WESTERN LIFE & CASUALTY CO., DEFENDANT AND APPELLANT.

*Appeal from District Court, Lewis and Clark County; R. Lee Word, Judge.*

Decided January 24, 1923.

PER CURIAM.—The appellant having failed to file its brief in this cause, the judgment and order appealed from are affirmed.

*Mr. Jos. H. Griffin,* for Appellant.

*Mr. W. D. Rankin* and *Mr. A. H. Angstman,* for Respondent.